NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CURTIS E. SMITH,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7145

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-3702, Judge William P. Greene, Jr.

---

ON MOTION

---

ORDER

Upon consideration of the Curtis E. Smith's motion for a 14-day extension of time, until January 3, 2011, to file his opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 2 9 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark R. Lippman, Esq.
    Eric Bruskin, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9-2010

JAN HORBALY
CLERK